Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:12-cv-02899-WBS-EFB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (~~Proposed~~) |
| v. | |
| BLANCA E. MARAVILLA, | |
| Defendant. | |

TO THE HONORABLE MICHAEL J. SENG, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Monday, March 18, 2013 at 2:00 PM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Blanca E. Maravilla, individually and d/b/a Las Palmas Mexican Restaurant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Monday, March 18, 2013 at 2:00 PM.

Respectfully submitted,

Dated: February 28, 2013

*/s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:12-cv-02899-EBS-EFB

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:12-cv-02899-WBS-EFB styled *J & J Sports Productions, Inc. v. Maravilla,* is hereby continued from 2:00 PM, Monday, March 18, 2013 to   **May 28, 2013 at 2:00 p.m.**  A Joint Status report shall be filed no later than **May 14, 2013**.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

DATED:  February 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 28, 2013, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Blanca E. Maravilla (Defendant)
1021 N. Main Street
Manteca, CA 95337

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 28, 2013, at South Pasadena, California.

Dated:  February 28, 2013              */s/ Maria Baird*_____
                                              **MARIA BAIRD**

///

///