ALLEN R. MITTERLING
Attorney at Law 062163
1130 L Street, Suite A
Modesto, CA 95354
209-526-4920
209-526-4926 facsimile
Attorney for Defendant
Blanca Maravilla individually and
dba Las Palmas Mexican Restaurant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J&J PRODUCTIONS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>BLANCA MARAVILLA, individually and dba LAS PALMAS MEXICAN RESTAURANT<br><br>    Defendant,<br>_____/ | Case No. 2:12-CV-02899-WBS-EFB<br><br>ORDER GRANTING<br>EX PARTE MOTION TO ALLOW<br>TELEPHONIC APPEARANCE<br>RE: MOTION TO STRIKE<br>AFFIRMATIVE DEFENSES<br>Date: 5-20-13<br>Time: 2:00 p.m.<br>Dept: 5, 14th Floor<br>Honorable William B. Shubb |

The court, having considered Defendant Blanca Maravilla's attorney's motion to allow him to appear telephonically at the hearing on Plaintiff's motion to strike affirmative defenses which is set for May 20, 2013 at 2:00 in the above entitled court, hereby grants the motion.

ORDER

Defendant Blance Maravilla's counsel Allen R. Mitterling is allowed to appear telephonically at the above scheduled hearing on May 20, 2013 at 2:00 p.m.  The courtroom deputy shall E-mail counsel on how to participate in the telephone conference call.

Dated:   May 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE