Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:12-cv-02899-WBS-EFB |
| Plaintiff, | |
| vs. | PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES; and ORDER (~~Proposed~~) |
| BLANCA E. MARAVILLA, | |
| Defendant. | DATE: Monday, May 20, 2013 |
| | TIME:  2:00 P.M. |

TO THE HONORABLE WILLIAM B. SHUBB, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the Motion to Strike Defendant's Affirmative Defenses presently scheduled for Monday, May 20, 2013 at 2:00 P.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Sacramento Division of this Honorable Court.

///
///
///
///

1  **WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear

2  by telephone for the Motion to Strike Defendant's Affirmative Defenses presently scheduled for

3  Monday, May 20, 2013 at 2:00 P.M.

4

5

6  Respectfully submitted,

7

8

9  Date: May 15, 2013                          */s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                             By: Thomas P. Riley
                                               Attorneys for Plaintiff
11                                             J & J Sports Productions, Inc.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**<u>ORDER</u>**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:12-CV-02899-WBS-EFB styled *J & J Sports Productions, Inc. v. Maravilla,* is hereby granted permission to appear telephonically at the Motion to Strike Defendant's Affirmative Defenses scheduled for Monday, May 20, 2013 at 2:00 P.M.

Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**:

**Dated:  May 15, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 15, 2013, I caused to serve the following documents entitled:

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES; and ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Allen R. Mitterling, Esq.                          Attorneys for Defendant
ALLEN R. MITTERLING, ATTORNEY AT LAW                   Blanca E. Maravilla
1130 L Street, Suite A
Modesto, CA 95354

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 15, 2013, at South Pasadena, California.

Dated: May 15, 2013                          _/s/ Vanessa Morales_____
                                             VANESSA MORALES