1  ALLEN R. MITTERLING
2  Attorney at Law 062163
   1130 L Street, Suite A
3  Modesto, CA 95354
   209-526-4920
4  209-526-4926 facsimile
   Attorney for Defendant
5  Blanca Maravilla individually and
6  dba Las Palmas Mexican Restaurant

7              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8                   SACRAMENTO DIVISION

9
   J&J PRODUCTIONS, INC.                Case No. 2:12-CV-02899-WBS-EFB
10
                                        (~~proposed~~)
11         Plaintiff,                   ORDER GRANTING
                                        EX PARTE MOTION TO ALLOW
12      v.                              TELEPHONIC APPEARANCE
                                        RE: MOTION TO STRIKE
13 BLANCA MARAVILLA, individually       AFFIRMATIVE DEFENSES
14 and dba LAS PALMAS MEXICAN           Date: 9-9-13
   RESTAURANT                           Time: 2:00 p.m.
15                                      Dept: 5, 14th Floor
16         Defendant,                   Honorable William B. Shubb
                                    /
17
18     The court, having considered Defendant Blanca Maravilla's attorney's motion to allow

19 him to appear telephonically at the hearing on Defendant's motion to amend her answer and

20 affirmative defenses which is set for September 9, 2013 at 2:00 in the above entitled court,

21 hereby grants the motion.

ORDER

Defendant Blance Maravilla's counsel Allen R. Mitterling is allowed to appear telephonically at the above scheduled hearing on September 9, 2013 at 2:00 p.m.  The courtroom deputy shall E-mail counsel with instructions on how to participate in the telephone conference call.

DATED:  September 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE