ALLEN R. MITTERLING
Attorney at Law 062163
1130 L Street, Suite A
Modesto, CA 95354
209-526-4920
209-526-4926 facsimile
Attorney for Defendant
Blanca Maravilla individually and
dba Las Palmas Mexican Restaurant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| J&J PRODUCTIONS, INC. | Case No. 2:12-CV-02899-WBS-EFB |
| Plaintiff, | (proposed) ORDER GRANTING EX PARTE MOTION TO ALLOW TELEPHONIC APPEARANCE RE: MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| v. | Date: 9-9-13 |
| BLANCA MARAVILLA, individually and dba LAS PALMAS MEXICAN RESTAURANT | Time: 2:00 p.m. Dept: 5, 14th Floor Honorable William B. Shubb |
| Defendant, | |

The court, having considered Defendant Blanca Maravilla's attorney's motion to allow him to appear telephonically at the hearing on Defendant's motion to amend her answer and affirmative defenses which is set for September 9, 2013 at 2:00 in the above entitled court, hereby grants the motion.

ORDER

Defendant Blance Maravilla's counsel Allen R. Mitterling is allowed to appear telephonically at the above scheduled hearing on September 9, 2013 at 2:00 p.m. The courtroom deputy shall E-mail counsel with instructions on how to participate in the telephone conference call.

DATED: September 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE