Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 2:12-cv-02899-WBS-EFB** |
| **Plaintiff,** | **ORDER** |
| **vs.** | |
| **BLANA E. MARAVILLA, et al.,** | |
| **Defendants.** | |

**ORDER** (Proposed)

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:12-cv-02899-WBS-EFB styled *J & J Sports Productions, Inc. v. Maravilla,* is hereby granted permission to appear telephonically at the hearing on Defendant's Motion to Amend Answer presently scheduled for Monday, September 9, 2013 at 2:00 P.M.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

**IT IS SO ORDERED**:

**Dated:  September 5, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE