1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:12-cv-02899-WBS-EFB |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BLANCA E. MARAVILLA, individually and d/b/a LAS PALMAS MEXICAN RESTAURANT |
| vs. | |
| BLANCA E. MARAVILLA, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant BLANCA E. MARAVILLA, individually and d/b/a LAS PALMAS MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against BLANCA E. MARAVILLA, individually and d/b/a LAS PALMAS MEXICAN RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 17, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

STIPULATION OF DISMISSAL
2:12-cv-10254-WDK-PLA
PAGE  PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 7, 2014          /s/_____
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.


Dated: March 11 2014          /s/_____
                              **ALLEN R. MITTERLING, ATTORNEY AT LAW**
                              By: Allen R. Mitterling
                              Attorneys for Defendant
                              BLANCA E. MARAVILLA
                              individually and d/b/a
                              LAS PALMAS MEXICAN RESTAURANT

**IT IS SO ORDERED**:

Dated: April 29, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 29, 2014, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BLANCA E. MARAVILLA, individually and d/b/a LAS PALMAS MEXICAN RESTAURANT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Allen R. Mitterling, Esquire                          (Attorneys for Defendant)
**ALLEN R. MITTERLING, ATTORNEY AT LAW**
1130 "L" Street, Suite A
Modesto, CA 95354

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 29, 2014, at South Pasadena, California.

Dated: April 29, 2014

**INESA MAMIDJANYAN**